NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KELVIN JOHNSON,                          )
                                         )
             Appellant,                  )
                                         )
v.                                       )          Case No. 2D18-1894
                                         )
STATE OF FLORIDA,                        )
                                         )
             Appellee.                   )
_____)

Opinion filed March 15, 2019.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Howard L. Dimmig, II, Public Defender, and
Kimberly Nolen Hopkins, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Peter Koclanes, Assistant
Attorney General, Tampa, for Appellee.

PER CURIAM.

            Affirmed.

CASANUEVA, KHOUZAM, and ATKINSON, JJ., Concur.